STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**EVELYN GUZMAN VELEZ**  Case No. 11-02331-SEK

Chapter 13    Attorney Name:  R FIGUEROA CARRASQUILLO LAW OFFICE

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose
[ ] Substitute

**Date & Time:** 4/26/2011 10:15:00AM

[X] R    [ ] NR    LV: $10,422.00

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

None

**II. Oath Administered**

[X] Yes    [ ] No

**III. Plan**

Date: 03/21/2011    Base: $24,480.00    Payments 0 made out of due.

**Confirmation Hearing Date:** 5/20/2011 9:00:00AM

**Evidence of Pmt shown:**

Attorney's fees as per R. 2016(b)

$3,000.00 - $96.00 = $2,904.00

**IV. Status of Meeting**

[X] Closed    [ ] Not Held    [ ] Held/Continued
[ ] Held/Not Closed

[ ] Continued

**Continued Date:**
**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments
[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):
[ ] MTD Already filed, see Docket:
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

EVELYN GUZMAN VELEZ   Case No.   11-02331-SEK

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [X] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State - years |
| [ ] Insuarence quote |   [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

**No provision for secured creditor BPPR : Pending BPPR's Objection to confirmation.**

**Note: step up payment from include alimony in the amount of $580.00 exoected to be received. Include @ alimony**

**owed in the amount of $2900. Debtor filed a pro se motion in order to collect said monies.**

**Include creditor Homeowners Association.**

s/Rosamar García   Date:   04/26/2011

Trustee/Presiding Officer   (Rev. 02/11)