IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-02331-SEK |
| EVELYN GUZMAN VELEZ | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **EVELYN GUZMAN VELEZ** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated May 18, 2011, herewith and attached to this motion.

2. This Amended Chapter 13 Plan is filed to provide for pre-petition arrears with Asociacion de Condominios Crystal House and Lift of Stay in favor of Banco Popular (Claim no. 2).

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Evelyn Guzman Velez and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of May, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@prtc.net

### United States Bankruptcy Court
### District of Puerto Rico

IN RE: _____      Case No. **11-02331-13** _____

**GUZMAN VELEZ, EVELYN** _____      Chapter **13** _____
<div style="text-align:center">Debtor(s)</div>

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ | ☑ AMENDED PLAN DATED: **5/18/2011** |
|---|---|
| ☐ PRE ☐ POST-CONFIRMATION | Filed by: ☑ Debtor ☐ Trustee ☐ Other |

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|

**I. PAYMENT PLAN SCHEDULE**

$ _____ **200.00** x _____ **12** = $ _____ **2,400.00**
$ _____ **515.00** _____ **48** = $ _____ **24,720.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ _____ **27,120.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _____ **27,120.00**

**III. ATTORNEY'S FEES**
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ **2,904.00**

Signed: **/s/ EVELYN GUZMAN VELEZ**
    Debtor

_____
    Joint Debtor

**II. DISBURSEMENT SCHEDULE**

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. _____ Cr. _____
# **71010011728139** # _____ # _____
$ _____ **2,228.00** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ASOCIACION DE CO** Cr. **RELIABLE FINANCIA** Cr. _____
# **305** # **A04637153000** # _____
$ _____ **1,121.21** $ _____ **12,880.00** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
    ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Debtor consents to the Lift of Stay in favor of Banco Popular claim no. 2-1, surrender Savings.
DEBTOR(S) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under Chapter 13 Plan.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to RELIABLE thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to RELIABLE thru GT Insurance Group, Inc.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

<div style="writing-mode:vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

GUZMAN VELEZ, EVELYN
PO BOX 8685
CAGUAS, PR 00726


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


ASOCIACION DE CONDOMINIO CRYSTAL
HOUSE
CALLE DE DIEGO 368
SAN JUAN, PR 00923


BANCO POPULAR DE PR
PO BOX 363228
SAN JUAN, PR 00936-3228


BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100


COLON ATIENZA LEGAL &
REPOSSESSION SERV
PO BOX 21382
SAN JUAN, PR 00928


RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382