IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of: <br> EVELYN GUZMAN VELEZ <br> Debtor | Case No. 11-02331 SEK <br> Chapter 13 |

### NOTICE OF WITHDRAWAL OF OBJECTION

COMES NOW creditor BANCO POPULAR DE PUERTO RICO, and respectfully states:

1. On April 21, 2011, appearing creditor filed an Objection to the Confirmation of Debtor's Chapter 13 Plan. *Please refer to docket entry No. 9.*

2. Consequently, debtor amended the Chapter 13 plan to provide for the surrender of the savings to Banco Popular de Puerto Rico.

3. Based on the foregoing, appearing creditor withdraws its opposition to the confirmation of the Chapter 13 plan.

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **ROBERTO FIGUEROA CARRASQUILLO**, Attorney for Debtor, and **ALEJANDRO OLIVERAS RIVERA,** Chapter 13 Trustee.

Respectfully submitted in San Juan, Puerto Rico, this 19th day of May, 2011.

/s/VERONICA DURAN CASTILLO
USDC- PR 224413

        Attorney for  Banco Popular de Puerto Rico
        Consumer Bankruptcy Department
        PO Box 366818
        San Juan, Puerto Rico 00936-6818
        Tel. (787) 753-7849
        Fax. (787) 751-7827
        Email: vduran@bppr.com